# Civil Docket Report

## Case Description

| | |
|---|---|
| Case ID: | 070702143 |
| Case Caption: | WACHOVIA BANK NATIONAL ASSOCIATION VS LAYCHOCK |
| Filing Date: | Monday, July 16th, 2007 |
| Court: | MR - MORTGAGE FORECLOSURE |
| Location: | CH - City Hall |
| Jury: | N - NON JURY |
| Case Type: | 3F - FORECLOSURE |
| Status: | JDDFF - JUDGMENT BY DEFAULT/FINAL DISP |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | 28-JAN-2008 | ATTORNEY FOR PLAINTIFF | A62695 | HALLINAN, FRANCIS S |
| **Address:** 1617 JFK Blvd ONE PENN CENTER STE 1400 Philadelphia PA 19103 (215)563-7000 | | | | **Aliases:** none | |
| 2 | 1 | 24-SEP-2007 | TRUSTEE - PLAINTIFF | @5336377 | WACHOVIA BANK N.A |
| **Address:** 3476 STATEVIEW BLVD FORT MILL SC 29715 | | | | **Aliases:** none | |
| 3 | | | DEFENDANT | @5828022 | LAYCHOCK, ANGEL J |
| **Address:** 1240 ENGLEWOOD ST | | | | **Aliases:** none | |

| | | | | | |
|---|---|---|---|---|---|
| | | PHILADELPHIA PA 19111 | | | |
| 4 | 5 | | USE PLAINTIFF | I13493 | WELLS FARGO BANK NA |
| Address: | 1675 PALM BEACH LAKES BLVD WEST PALM BEACH FL 33401 | | Aliases: | none | |
| 5 | | | ATTORNEY FOR PLAINTIFF | A62205 | SCHMIEG, DANIEL G |
| Address: | 1160 W. SWEDESFORD RD. SUITE 350 TREDYFFRIN PA 19312 (000)695-9240 | | Aliases: | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 16-JUL-2007 09:52 AM | ACTIV - ACTIVE CASE | | |
| Docket Entry: | none. | | |
| 16-JUL-2007 10:33 AM | CIVIL - COMMENCEMENT OF CIVIL ACTION | HALLINAN, FRANCIS S | |
| Docket Entry: | none. | | |
| 16-JUL-2007 10:33 AM | CMPLT - COMPLAINT FILED NOTICE GIVEN | HALLINAN, FRANCIS S | $120,493.72 |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. DISCOVERY DEADLINE APR 07, 2008. | | |

| Date | Action | Party | Amount |
|---|---|---|---|
| 16-JUL-2007 10:34 AM | SSCG1 - SHERIFF'S SURCHARGE 1 DEFT | HALLINAN, FRANCIS S | |
| **Docket Entry:** | none. | | |
| 29-AUG-2007 11:24 AM | AFDVT - AFFIDAVIT OF SERVICE FILED | | |
| **Docket Entry:** | OF COMPLAINT BY PERSONAL SERVICE UPON DFT ON 7/21/07. FILED. | | |
| 29-AUG-2007 11:25 AM | JDDFF - JUDGMENT BY DEFAULT/FINAL DISP | SCHMIEG, DANIEL G | $121,327.92 |
| **Docket Entry:** | PRAECIPE FOR ENTRY OF DEFAULT JUDGMENT FILED. JUDGMENT FOR PLAINTIFF(S) AND AGAINST DEFENDANT FOR FAILURE TO FILE ANSWER WITHIN REQUIRED TIME. FILED. PRO-PROTHONOTARY. NOTICE UNDER RULE 236. NOTICE UNDER 237.5. AFFIDAVIT OF NON-MILITARY SERVICE FILED. DAMAGES ASSESSED: $121327.92. FILED. | | |
| 05-SEP-2007 02:31 PM | WRPRA - PRAECIPE TO ISSUE WRIT FILED | | |
| **Docket Entry:** | PRAECIPE FOR WRIT OF EXECUTION (RE) FILED. WRIT OF EXECUTION (RE) ISSUED.PREMISES: SEE WRIT. | | |
| 24-SEP-2007 12:35 PM | JDUSE - JUDGMENT MARKED TO THE USE OF | HALLINAN, FRANCIS S | |
| **Docket Entry:** | PRAECIPE MARKING JUDGMENT TO THE USE OF WELLS FARGO BANK N.A. S/B/M TO WELLS FARGO HOME MORTGAGE INC. | | |
| 10-OCT-2007 03:03 PM | MTRDM - MOTION TO REASSESS DAMAGES | WACHOVIA BANK N.A, | |
| **Docket Entry:** | 64-07100964 RESPONSE DATE 10/30/07 | | |
| 12-OCT-2007 03:01 PM | PTOJD - PETITION TO OPEN JUDGMENT | LAYCHOCK, ANGEL J | |

| | | | |
|---|---|---|---|
| | **Docket Entry:** 31-07101331 RESPONSE DATE 11-1-07. | | |
| 01-NOV-2007 09:06 AM | MTANS - ANSWER (MOTION/PETITION) FILED | WELLS FARGO BANK NA, | |
| | **Docket Entry:** 31-07101331 ANS FILED TO MOTION TO OPEN/STRIKE JUDGMENT. | | |
| 01-NOV-2007 03:07 PM | MTASN - MOTION ASSIGNED | | |
| | **Docket Entry:** 64-07100964 MOTION TO REASSESS DAMAGES ASSIGNED TO JUDGE DIVITO ON 11-2-07. | | |
| 06-NOV-2007 12:03 PM | MTASN - MOTION ASSIGNED | | |
| | **Docket Entry:** 31-07101331 PETITION TO OPEN JUDGMENT ASSIGNED TO JUDGE DIVITO ON 11-7-07. | | |
| 15-NOV-2007 12:12 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | DIVITO, GARY | |
| | **Docket Entry:** 64-07100964 THE PROTHONOTARY IS ORDERED TO AMEND THE IN REM JUDGMENT AND THE SHERIFF IS ORDERED TO AMEND THE WRIT NUNC PRO TUNC IN THIS CASE AS FOLLOWS: TOTAL $123,778.58. PLUS INTEREST FROM DECEMBER 4, 2007 THROUGH THE DATE OF SALE AT SIX PERCENT PER ANNUM. NOTE: THE ABOVE FIGURE IS NOT A PAYOFF QUOTE. SHERIFF'S COMMISSION IS NOT INCLUDED IN THE ABOVE FIGURE. ...BY THE COURT, JUDGE DIVITO, 11-8-07. | | |
| 28-NOV-2007 02:42 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | DIVITO, GARY | |
| | **Docket Entry:** 31-07101331 UPON CONSIDERATION OF THE PETITION OF DEFENDANT ANGEL J. LAYCHOCK TO OPEN AND/OR STRIKE DEFAULT JUDGMENT, AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED TAHT SAID PETITION IS DENIED. ...BY THE COURT, JUDGE DIVITO, 11-26-07. | | |
| 28-NOV-2007 | REPLY - REPLY FILED | WACHOVIA BANK | |

| 04:03 PM | | N.A, | |
|---|---|---|---|
| **Docket Entry:** | 31-07101331 REPLY FILED TO MOTION TO OPEN/STRIKE. | | |
| | | | |
| 28-JAN-2008 01:30 PM | ENAPP - ENTRY OF APPEARANCE FILED | SCHMIEG, DANIEL G | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF DANIEL SCHMIEG, ESQ. FILED ON BEHALF OF USE PLAINTIFF, WELLS FARGO BANK, N.A. | | |