## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Angel Laychock | : | |
| | : | CIVIL ACTION NO.: 07-04478 |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY OF TWELVE (12) JURORS DEMANDED |
| | : | |
| Wells Fargo Home Mortgage, et al | : | |
| | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Angel Laychock, Plaintiff in the above named case, hereby appeals to the United States District Court of Appeals for the Third Circuit from the Orders entered in this action by the District Court named above:

(1) On July 28, 2008, granting Defendants' Motion to Dismiss (Docket #25) and entering judgment; and

(2) On March 26, 2009, denying Plaintiffs' Motion for Leave to File an Amended Complaint and denying Plaintiffs' Motion for Relief, respectively (Docket #39).

Respectfully submitted,

**PROCHNIAK WEISBERG, P.C.**

By: /s/ Matthew B. Weisberg
MATTHEW B. WEISBERG, ESQUIRE
Attorney for Plaintiff

Date: April 27, 2009

7 South Morton Ave.
Morton, PA 19070

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Angel Laychock | : | |
| | : | CIVIL ACTION NO.: 07-04478 |
| Plaintiff | : | |
| | : | |
| v. | : | JURY OF TWELVE (12) JURORS DEMANDED |
| | : | |
| Wells Fargo Home Mortgage | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, hereby certify that on this 27th day of April, 2009, a true and correct copy of Plaintiff's Notice of Appeal, was served electronically, upon the following parties:

Reed Smith, L.L.P.
Henry F. Reichner, Esq.
2500 One Liberty Place
Philadelphia, PA 19013

PROCHNIAK WEISBERG, P.C.

BY: /s/ Matthew B. Weisberg
Matthew B. Weisberg
Attorney for Plaintiff